WR-82,953-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/6/2015 4:39:27 PM
Accepted 4/8/2015 8:57:47 AM
ABEL ACOSTA
CLERK

NO. _____

### IN THE TEXAS
### COURT OF CRIMINAL APPEALS
### AUSTIN, TEXAS

RECEIVED
COURT OF CRIMINAL APPEALS
4/8/2015
ABEL ACOSTA, CLERK

## EX PARTE

## PAUL EDWARD CHARBONNEAU

## APPLICANT

_____

## AN APPLICATION FOR ORIGINAL
## WRIT OF HABEAS CORPUS
## SUPPLEMENTAL MEMORANDUM OF LAW

_____

**BLAKE R. BURNS**
**State Bar No. 24066989**
**115 North Henderson Street**
**Fort Worth, Texas 76102**
**(817) 870-1544 telephone**
**(817) 870-1589 facsimile**
**bburnslaw@gmail.com**

NO. _____

IN THE TEXAS
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

EX PARTE

PAUL EDWARD CHARBONNEAU

APPLICANT

_____

AN APPLICATION FOR ORIGINAL
WRIT OF HABEAS CORPUS
SUPPLEMENTAL MEMORANDUM OF LAW
_____

TO THE HONORABLE JUDGES OF THE COURT OF APPEALS:

COMES NOW, **PAUL EDWARD CHARBONNEAU**, Applicant and files

this his appeal from Cause Nos. 1216154D out of Criminal District Court No. 4,

Tarrant County, Texas.

# ARGUMENT

## I. Applicant was convicted under §33.021(f) as opposed to §33.021(b).

Applicant would like to clarify the arguments contained in his original memorandum of law previously submitted to this Honorable Court. The original brief discussed the fact that §33.021(b) has been declared unconstitutional.

Applicant was actually indicted for and convicted under §33.021(f) as opposed to §33.021(b). Applicant should still be entitled to relief from this conviction because the text of §33.021(f) directly references §33.021(b) as a pre requisite to obtain a conviction for §33.021(f). Subsection (f) reads as follows:

"An offense under Subsection (b) is a felony of the third degree, except that the offense is a felony of the second degree if the minor is younger than 14 years of age or is an individual whom the actor believes to be younger than 14 years of age at the time of the commission of the offense."

Therefore §33.021(f) should be held to be unconstitutional on its face in accordance with *Ex Parte Lo*, 424 S.W.3d 10 (Tex.Crim.App. 2013) and *Ex Parte Chance*, No. WR-81,136-01 (Tex.Crim.App. May 7, 2014).

## CONCLUSION AND PRAYER

WHEREFORE, PREMISES CONSIDERED, Applicant PAUL EDWARD CHARBONNEAU prays this Honorable Court to set this matter for hearing and after

2

a full review to remand the cause for the trial court so that this case may be disposed of in accordance with this Court's holdings in *Ex Parte Lo*, for a termination of his requirement to register as a sex offender, and for other such relief to which the Applicant may show himself justly entitled.

Respectfully submitted,

/s/ Blake Burns
**BLAKE R. BURNS**
**State Bar No. 24066989**
**115 North Henderson Street**
**Fort Worth, Texas 76102**
**(817) 870-1544 telephone**
**(817) 870-1589 facsimile**
**bburnslaw@gmail.com**

## CERTIFICATE OF COMPLIANCE

I, Blake Burns, attorney for Applicant, hereby certify there are 635 words in this document.

/s/ Blake Burns
**BLAKE R. BURNS**
**State Bar No. 24066989**
**115 North Henderson Street**
**Fort Worth, Texas 76102**
**(817) 870-1544 telephone**
**(817) 870-1589 facsimile**
**bburnslaw@gmail.com**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been delivered or caused to be delivered to:

> CHARLES "CHUCK" MALLIN
> **APPELLATE DIVISION**
> **TARRANT COUNTY DISTRICT ATTORNEY**
> **Tarrant County Justice Center**
> **401 W. Belknap**
> **Fort Worth, Texas  76196**
>
> **PAUL EDWARD CHARBONNEAU**
> **APPLICANT**
> **13900 Sparrow Hill Dr.**
> **Little Elm, Texas75068**

on this the ___6th___ day of April, 2015.

/s/ Blake Burns      
**BLAKE R. BURNS**

4

## **APPENDIX**

Applicant's Exhibit 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Indictment

Applicant's Exhibit 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . Judgment and Sentence

Applicant's Exhibit 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Parole Certificate